IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| DELBERT E. HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. C12-2079-LRR |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| TYSON FRESH MEATS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

***JURY VERDICT:*** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Defendant, Tyson Fresh Meats, Inc.

IT IS ORDERED AND ADJUDGED:

THAT judgment is entered in favor of the Defendant Tyson Fresh Meats, Inc., against Plaintiff Delbert E. Hudson. Plaintiff takes nothing and this action is dismissed.

Dated December 16, 2015

Approved as to form by:

*[signature]*

Chief Judge Linda R. Reade
United States District Court Northern District of Iowa

ROBERT L. PHELPS, CLERK OF COURT
U.S. District Court for the Northern District of Iowa

*[signature]*

Deputy Clerk