IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| DELBERT E. HUDSON,<br><br>      Plaintiff(s),<br><br>vs.<br><br>TYSON FRESH MEATS, INC.,<br><br>      Defendant(s). | CASE NO. 12-CV-2079-LRR<br><br>NOTICE OF INTENT TO<br>DESTROY EXHIBITS |

In accordance with Local Rule 83E(g), it is our intention to dispose of the following exhibits in the above matter on July 18, 2018, unless claimed by you or your office prior to this date.

Trial Exhibits: Plaintiff's Exhibits 1-15 and Defendant's Exhibits B and C (docket no.72).

Dated: June 18, 2018

                                          ROBERT L. PHELPS, Clerk of Court
                                          U.S. District Court
                                          Northern District of Iowa

                                          By: s/Sarah K. Melvin
                                                      Deputy Clerk